# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY ONE, LLC dba THE COSMOPOLITAN OF LAS VEGAS,<br><br>　　　　Plaintiff<br><br>v.<br><br>KIWIBANK LIMITED; TEK LENG ROLAND LIM; and CHEE KONG HIEW,<br><br>　　　　Defendants | Case No.: 2:19-cv-01121-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Kiwibank Limited's response to the order to show cause (ECF No. 8),

IT IS ORDERED that that the order to show cause (ECF No. 5) is deemed satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time. The parties remain responsible for proving jurisdiction is proper in this court.

DATED this 18th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE