MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Akke Levin, Bar No. 9102
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Email: sm@morrislawgroup.com
Email: al@morrislawgroup.com

Attorneys for Defendant
Kiwibank Limited

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY ONE, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK N.A.; KIWIBANK LIMITED; TEK LENG ROLAND LIM; CHEE KONG HIEW; and DOE Individuals I-X and ROE Entities I-X, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01121-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KIWIBANK LIMITED TO FILE ITS REPLY IN SUPPORT OF DISMISSAL** |

Plaintiff Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas and Defendant Kiwibank Limited hereby stipulate to extend the deadline for Kiwibank Limited to file its reply in support of its motion to dismiss (ECF No. 4) on or before July 31, 2019.

Kiwibank belatedly requested the short extension due to a clerical error that resulted in the reply being inadvertently calendared for

1

July 31, 2019. The error was noticed in the course of the parties preparing a joint status report. Plaintiff then graciously agreed to grant the extension, allowing Kiwibank to file its reply on or before July 31, 2019.

| MORRIS LAW GROUP | GARMAN TURNER GORDON LLP |
|---|---|
| By: /s/ STEVE MORRIS<br>Steve Morris, Bar No. 1543<br>Akke Levin, Bar No. 9102<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, Nevada 89101 | By: /s/ DYLAN T. CICILIANO<br>William M. Noall<br>Dylan T. Ciciliano<br>650 White Drive, Ste. 100<br>Las Vegas, Nevada 89119 |
| Attorneys for Defendant<br>Kiwibank Limited | Attorneys for Plaintiff<br>Nevada Property 1, LLC dba<br>The Cosmopolitan of Las Vegas |

ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 30, 2019.

2