# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY ONE, LLC, | Case No.: 2:19-cv-01121-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 10) |
| KIWIBANK LIMITED, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to amend the caption in the instant case, pursuant to Federal Rule of Civil Procedure 10(A) and Federal Rule of Civil Procedure 60(A). Docket No. 10. Defendant Kiwibank Limited filed a notice of non-opposition to Plaintiff's motion. Docket No. 16. Accordingly, the Court **GRANTS** Plaintiff's motion. Docket No. 10. The caption is amended to that set forth in Docket No. 10-1 at 2.

IT IS SO ORDERED.

Dated: July 31, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1