# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1,<br><br>Plaintiff(s),<br><br>v.<br><br>KIWIBANK LIMITED, *et al.*,<br><br>Defendant(s). | Case No.: 2:19-cv-01121-APG-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff's proposed discovery plan. Docket No. 24. Also pending before the Court is Defendant Kiwibank Limited's motion to stay discovery. Docket No. 23. Plaintiff's response to the motion to stay shall be filed no later than August 22, 2019, and any reply shall be filed no later than August 26, 2019. Further, Plaintiff's proposed discovery plan, Docket No. 24, is **DENIED** without prejudice pending the resolution of Defendant's motion to stay discovery.

IT IS SO ORDERED.

Dated: August 15, 2019

Nancy J. Koppe
United States Magistrate Judge