# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NEVADA PROPERTY 1,

    Plaintiff(s),

v.

KIWIBANK LIMITED, et al.,

    Defendant(s).

Case No.: 2:19-cv-01121-APG-NJK

**ORDER**

On December 27, 2019, the Court ordered the parties to file a stipulated discovery plan on jurisdiction no later than January 9, 2020. Docket No. 43. The parties have failed to comply. The parties are hereby ordered to file a stipulated discovery plan on jurisdiction no later than January 22, 2020. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: January 17, 2020

                                  Nancy J. Koppe
                                  United States Magistrate Judge