MORRIS LAW GROUP
Steve Morris, Bar No. 1543
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Email: sm@morrislawgroup.com

Attorneys for Defendant
Kiwibank Limited

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY ONE, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Nevada limited liability company | ) Case No. 2:19-CV-01121-APG-NJK |
| | ) |
| | ) |
| | ) STIPULATION AND [PROPOSED] |
| Plaintiff, | ) ORDER FOR ATTORNEY AKKE |
| v. | ) LEVIN TO WITHDRAW AND BE |
| | ) REMOVED FROM THE SERVICE |
| | ) LIST FOR THIS CASE |
| CITIBANK N.A.; KIWIBANK LIMITED; TEK LENG ROLAND LIM; CHEE KONG HIEW; and DOE Individuals I-X and ROE Entities I-X, inclusive, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

Plaintiff Nevada Property One, LLC dba The Cosmopolitan of Las Vegas and Defendant Kiwibank Limited hereby stipulate to the withdrawal of attorney Akke Levin and to her removal from the service list for this case.

1

Effective January 3, 2020, Ms. Levin is not employed by Morris Law Group.  Steve Morris and Morris Law Group remain as counsel of record.

MORRIS LAW GROUP                    GARMAN TURNER GORDON LLP


By:  /s/ STEVE MORRIS              By:  /s/ DYLAN T. CICILIANO
    Steve Morris, Bar No. 1543         William M. Noall
    411 E. Bonneville Ave., Ste. 360   Dylan T. Ciciliano
    Las Vegas, Nevada  89101           650 White Drive, Ste. 100
                                       Las Vegas, Nevada  89119
Attorneys for Defendant
Kiwibank Limited                   Attorneys for Plaintiff
                                    Nevada Property One, LLC dba
                                    The Cosmopolitan of Las Vegas

### ORDER

It is so ordered.

Dated this __23__ of January, 2020.


By: _____
     UNITED STATES MAGISTRATE JUDGE