# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1,<br>　　Plaintiff(s),<br>v.<br>KIWIBANK LIMITED, et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-01121-APG-NJK<br>**ORDER**<br>(Docket No. 54) |

Pending before the Court is Defendant Kiwibank Limited's motion to amend or clarify the Court's order at Docket No. 53. Docket No. 54. The Court **GRANTS** the motion. Accordingly, the Court vacates the deadlines set, in its order at Docket No. 53, for dispositive motions and the joint pretrial order.

The Court **ORDERS** the parties to file any supplemental briefs, not to exceed 15 pages, no later than June 1, 2020, and to file any responding briefs, not to exceed 10 pages, no later than June 15, 2020. *See* Docket Nos. 46 at 3, 54 at 2 n.2.

IT IS SO ORDERED.

Dated: April 1, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1