# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KIWIBANK LIMITED; TEK LENG ROLAND LIM; CHEE KONG HIEW; and DOE Individuals I-X and ROE Entities I-X, inclusive;<br><br>Defendants. | CASE NO. 2:19-cv-01121-APG-NJK<br><br>**ORDER TO STAY CASE FOR 30 DAYS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas (the "Plaintiff"), by and through counsel, the law firm of Garman Turner Gordon LLP, and Defendant Kiwibank Limited ("Defendant," collectively with Plaintiff, the "Parties"), by and through counsel, the Morris Law Group, do hereby stipulate and agree that all upcoming case deadlines be stayed for 30 days as follows:

On May 13, 2020, the parties stipulated to extend discovery deadlines to allow for the deposition of Defendant and non-party Citibank, N.A.'s FRCP 30(b)(6) designee. [ECF No. 59].

On May 14, 2020, Magistrate Koppe entered the Stipulation to Extend Discovery Deadlines (Second Request), extending the discovery deadline to June 15, 2020. [ECF No. 60]. Furthermore, the order extended the deadline to file any supplemental briefs, not to exceed 15 pages, to no later than July 1, 2020, and the deadline to file any responding briefs, not to exceed

10 pages, to no later than July 15, 2020. [*Id.*].

The Parties scheduled the deposition of Citibank, N.A.'s FRCP 30(b)(6) designee for June 11, 2020 and the deposition of Defendant's FRCP 30(b)(6) designee for June 15, 2020.

Due to developments in the case, Plaintiff and Defendant do hereby stipulate to stay the matter for 30 days and vacate all future deadlines. It is anticipated that on or before the expiration of 30 days, Defendant will be dismissed with prejudice from this action. Should Defendant not be dismissed, Plaintiff and Defendant will stipulate to reset currently outstanding deadlines.

If the matter is not stayed, the Parties will expend resources on depositions and briefing that would otherwise be unnecessary.

IT IS SO STIPULATED.

| DATED this 9th day of June, 2020. | DATED this 9th day of June, 2020. |
|---|---|
| GARMAN TURNER GORDON LLP | MORRIS LAW GROUP |
| */s/Dylan T. Ciciliano* | */s/ Steve Morris* |
| WILLIAM M. NOALL | STEVE MORRIS |
| Nevada Bar No. 3549 | Nevada Bar No. 31543 |
| DYLAN T. CICILIANO | 411 E. Bonneville Ave., Suite 360 |
| Nevada Bar No. 12348 | Las Vegas, Nevada 89101 |
| 7251 Amigo Street, Suite 210 | *Attorneys for Defendant Kiwibank Limited* |
| Las Vegas, Nevada 89119 | |
| *Attorneys for Plaintiff* | |

**ORDER**

The above Stipulation to Stay Case for 30 Days (First Request) is hereby GRANTED and the case is stayed until July 8, 2020 and all deadlines are hereby VACATED.

IT IS SO ORDERED __9__ day of __June__, 2020.

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE