GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
DYLAN T. CICILIANO, ESQ
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KIWIBANK LIMITED; TEK LENG ROLAND LIM; CHEE KONG HIEW; and DOE Individuals I-X and ROE Entities I-X, inclusive;<br><br>Defendants. | CASE NO. 2:19-cv-01121-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas (the "Plaintiff"), by and through counsel, the law firm of Garman Turner Gordon LLP, and Defendant Kiwibank Limited ("Kiwibank," collectively with Plaintiff, the "Parties"), by and through counsel, the Morris Law Group, hereby stipulate and agree that all claims by Plaintiff against Kiwibank in the above-captioned matter shall be dismissed, with prejudice, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 2nd day of July, 2020. | DATED this 2nd day of July, 2020. |
| GARMAN TURNER GORDON LLP | MORRIS LAW GROUP |
| */s/Dylan T. Ciciliano* | */s/ Steve Morris* |
| WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>DYLAN T. CICILIANO<br>Nevada Bar No. 12348<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff* | STEVE MORRIS<br>Nevada Bar No. 31543<br>411 E. Bonneville Ave., Suite 360<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Kiwibank Limited* |

**IT IS SO ORDERED.**

Dated: July 2, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

4837-5774-0225, v. 1