# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA PROPERTY 1, LLC, | Case No.: 2:19-cv-01121-APG-NJK |
| Plaintiff | **Order Denying Without Prejudice Motions for Default Judgment and for Attorney's Fees** |
| v. | |
| KIWIBANK LIMITED, et al., | [ECF Nos. 70, 72] |
| Defendants | |

Plaintiff Nevada Property 1, LLC moves for default judgment against defendants Tek Leng Roland Kim and Chee Kong Hiew. ECF No. 70. However, the plaintiff's motion contains no analysis of the relevant factors under *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). I therefore deny the motion without prejudice to the plaintiff refiling a properly supported motion for default judgment. I also deny without prejudice the related motion for attorney's fees.

I THEREFORE ORDER that plaintiff Nevada Property 1, LLC's motion for default judgment **(ECF No. 70)** and related motion for attorney's fees **(ECF No. 72) are DENIED without prejudice**.

DATED this 31st day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE